# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 247 EAL 2023
                                :
    Respondent              :
                                :
                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court
    v.                      :
                                :
                                :
ROBERT TUCKER,                  :
                                :
    Petitioner              :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.